**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
TRANSMEC OVERSEAS PERU S.A.C., JAIME
ROJAS REPRESENTACIONES GENERALES S.A.
JOHN DOE CORP., and RICHARD ROE CORP.,

Plaintiffs,

-against-

M/V CCNI PUNTA ARENAS, her engines, boilers,
etc., and CAROTRANS INTERNATIONAL, INC.,
and COMPANIA SUD AMERICANA DE VAPORES, S.A.,

Defendants.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/15/08_

**06 CIVIL** 7118 (PKC)

**JUDGMENT**

Defendant Compania Sud Americana De Vapores, S.A. having moved to dismiss pursuant

to Fed. R. Civ. P. 12, 17, 37, and/or 56, and the matter having come before the Honorable P.

Kevin Castel, United States District Judge, and the Court, on August 8, 2008, having rendered its

Memo Endorsed Order directing the Clerk to enter final judgment for the defendants, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memo Endorsed Order dated August 8, 2008, final judgment is entered for the defendants.

**Dated:** New York, New York
August 15, 2008

J. MICHAEL McMAHON

Clerk of Court

**BY:**

Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____